# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>BLACK IPHONE, MODEL A1660, WITH SIM CARD<br>8901260071 933363537 4F 085629 | )<br>)<br>)   Case No. 20-1113-TJS<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of Maryland, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |
| 18 U.S.C. § 924(c) | Possession of Firearm in Furtherance of Drug Trafficking |
| 21 U.S.C. § 841 | Possession with Intent to Distribute |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*DOUGLAS SARSFIELD*
Digitally signed by DOUGLAS SARSFIELD
Date: 2020.04.15 09:07:17 -04'00'

*Applicant's signature*

S.A. Douglas Sarsfield ATF

*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: April 16, 2020 at 3:21 p.m.

*Judge's signature*

City and state: Greenbelt, Maryland

Hon. Timothy Sullivan

*Printed name and title*